| Case | No. | Disposition | Date | Citation |
|---|---|---|---|---|
| *In re* Care & Treatment of Ellison | 112,256 | Granted | 02/22/2016 | 51 Kan. App. 2d 751 |
| *In re* Care & Treatment of Merryfield | 112,972 | Denied | 12/14/2015 | Unpublished |
| *In re* Estate of Clare | 112,762 | Granted | 02/18/2016 | 51 Kan. App. 2d 886 |
| *In re* Estate of Mahoney | 110,894 | Denied | 01/25/2016 | Unpublished |
| *In re* Estate of Rickabaugh | 111,389 | Granted | 02/18/2016 | 51 Kan. App. 2d 902 |
| *In re* W.H. | 112,909 | Denied | 01/25/2016 | Unpublished |
| Jahnke v. Blue Cross & Blue Shield of Kansas | 111,769 | Denied | 01/25/2016 | 51 Kan. App. 2d 678 |
| Jenkins v. State | 110,960 | Denied | 01/25/2016 | Unpublished |
| Johnson v. State | 107,439 | Denied | 01/25/2016 | Unpublished |
| Jordan Patterson Am. Leg. Post No. 319 v. Quality Contractors | 111,418 | Denied | 02/09/2016 | Unpublished |
| Kidd v. State | 111,234 | Denied | 02/18/2016 | Unpublished |
| Kiraly v. Smith | 111,635 | Denied | 01/29/2016 | Unpublished |
| L.E.H. v. Kansas Dept. of SRS | 111,576 | Denied | 12/14/2015 | Unpublished |
| Landrith v. Summers | 112,315 | Denied | 01/25/2016 | Unpublished |
| Law v. Law Company Building Associates | 111,140 | Denied | 02/18/2016 | Unpublished |
| Love v. Kansas Dept. of Revenue | 112,135 | Denied | 02/18/2016 | Unpublished |
| Maddux v. Oberhelman | 111,272 | Denied | 01/25/2016 | Unpublished |
| Majors v. Hillebrand | 112,153 | Denied | 01/25/2016 | 51 Kan. App. 2d 625 |
| Martin v. Phillips | 110,714 | Denied | 01/25/2016 | 51 Kan. App. 2d 393 |
| Mera-Hernandez v. U.S.D. No. 233 | 112,760 | Granted | 02/18/2016 | Unpublished |
| Merrills v. State | 110,409 | Denied | 01/25/2016 | Unpublished |
| Merryfield v. Bruffett | 112,693 | Denied | 12/14/2015 | Unpublished |
| Miller v. Board of Wabaunsee County Comm'rs | 111,569 | Granted | 01/25/2016 | 51 Kan. App. 2d 644 |
| Miller v. Jackson County | 112,109 | Denied | 02/18/2016 | Unpublished |
| Mohamed v. Tyson Fresh Meats, Inc. | 112,436 | Denied | 12/14/2015 | Unpublished |
| Ney v. Farm Bureau Life Ins. Co. | 111,016 | Denied | 01/25/2016 | 51 Kan. App. 2d 562 |
| Nielsen v. Pollan | 111,911 | Denied | 02/18/2016 | Unpublished |
| Noble v. Sullivan | 112,101 | Denied | 12/14/2015 | Unpublished |
| Rader v. U.S.D. No. 259 | 111,484 | Denied | 01/25/2016 | Unpublished |
| Rawlings-Roa v. City Hall Lofts | 112,023 | Denied | 01/25/2016 | Unpublished |
| Redford v. Heimgartner | 113,022 | Denied | 12/14/2015 | Unpublished |
| Reinmuth v. Pride National Ins. Co. | 111,174 | Denied | 01/25/2016 | Unpublished |
| Richmond v. State | 106,885 | Denied | 02/18/2016 | Unpublished |